UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JORGE MADRID and <br> MELISSA REGINO <br> *Plaintiffs* <br> <br> V. <br> <br> UNITED STATES OF AMERICA <br> *Defendant* | § <br> § <br> § <br> §     Civil Action No. <u>4:22-cv-297</u> <br> § <br> § <br> § <br> § |

### PLAINTIFFS' ORIGINAL COMPLAINT FOR DAMAGES
### UNDER THE FEDERAL TORT CLAIMS ACT

Jorge Madrid and Melissa Regino, Plaintiffs, by and through their attorneys, now come before this Court and complain of the United States Postal service and United States of America as follows:

### I. JURISDICTION, VENUE, AND CONDITIONS PRECEDENT

1. Plaintiff Jorge Madrid is a resident of Houston, Harris County, TX.

2. Plaintiff Melissa Regino is a resident of Houston, Harris County, TX.

3. Defendant United States of America may be served with process pursuant to Rule of Federal Procedure 4(i)(1)(A) by sending the summons and complaint by email to USATXS.CivilNotice@usdoj.gov and by certified mail to the civil-process clerk to the United States Attorney for the Southern District of Texas, Civil Process Clerk, Office of the United States Attorney for the Southern District of Texas, 1000 Louisiana, Suite 2300, Houston, Texas 77002. Pursuant to Rule 4(i)(1)(B), a copy of the summons and complaint will be sent by certified mail to the Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, NW Washington, DC 20530-0001.

4. The claims herein are brought against the United States pursuant to the Federal Tort Claims Act (28 U.S.C. §2671, et seq.) and 28 U.S.C. §§1346(b)(1), for money damages as compensation for loss of property and personal injuries that were caused by the negligent and

---

*Madrid and Regino: Original Complaint*                                                                                        1

wrongful acts and omissions of employees of the United States Postal Service and United States of America while acting within the scope of their offices and employment, under circumstances where the United States, if a private person, would be liable to the Plaintiffs in accordance with the laws of the State of Texas.

5.  Venue is proper in that all, or a substantial part of the acts and omissions forming the basis of these claims occurred in the Southern District of Texas, Houston Division.

6.  Plaintiff has fully complied with the provisions of 28 U.S.C. §2675 of the Federal Tort Claims Act.

7.  This suit has been timely filed, in that Plaintiff timely served notice of their claims on the United States Postal Service on April 1, 2020, and this claim is filed within six months of their deemed denial.

## II.  FACTS

8.  On or about March 9, 2020, Plaintiff Jorge Madrid was driving his motor vehicle in the right lane on the 800 block of FM West 1960 in Houston, Texas. Ronald Anthony Hackett, a driver for the United States Postal Service was traveling in the left lane on the 800 block of FM West 1960 and made an improper turn by making a wide, right-hand turn from the left lane, causing a collision with Plaintiffs' vehicle, and causing Plaintiffs to suffer serious physical injuries and sustain damages to their vehicle.

## III.  PLAINTIFFS' CLAIMS AGAINST DEFENDANT

9.  Plaintiffs incorporates by reference herein all allegations set forth above.

10. Ronald Anthony Hackett, as a driver on a Texas roadway, had certain duties to Plaintiffs.

11. Ronald Anthony Hackett breached those duties to Plaintiffs as follows:

    a.  Failing to keep a proper lookout;
    b.  Failing to apply the brakes in a timely manner to avoid the collision in question;
    c.  Failing to maintain a safe following distance;
    d.  Failing to drive at a safe speed under the circumstances;

  e. Failing to obey our State's traffic regulations;
  f. Failing to pay attention when operating a motor vehicle on our State's public highways;
  g. Failing to control speed; and
  h. Failing to otherwise act as a person of ordinary prudence would have acted in the same or similar circumstances.

12. These acts proximately caused the motor vehicle collision and the injuries of Plaintiff.

13. These acts constitute negligence under the laws of the State of Texas.

14. Because Ronald Anthony Hackett's negligent acts were committed while in the course and scope of his employment with Defendant. Defendant is liable to Plaintiffs for their personal injuries pursuant to the Federal Tort Claims Act.

## IV.  DAMAGES

15. As a result of the negligent conduct of Defendant, Plaintiffs suffered and continues to suffer severe bodily injuries. Plaintiffs suffered and/or will suffer past and future medical expenses, past and future pain and suffering, past and future mental anguish, past and future physical impairment, and past and future lost wages and earning capacity.

## PRAYER

WHEREFORE, Plaintiffs are entitled to damages from Defendant, and prays that judgment be entered in their favor and against Defendant as follows:

 a. For Jorge Madrid in the amount of $123,395.20.

 b. For Melissa Regino in the amount of $68,072.68.

Plaintiffs further are entitled and do hereby seek recovery of all costs incurred by the Plaintiffs in this civil action pursuant to 28 U.S.C. 1920 and Federal Rule of Procedure 54(d), together with for such further and additional relief at law or in equity that this Court may deem appropriate or proper.

            Respectfully Submitted,

            **DUNK LAW FIRM, PLLC**

            _/s/ Ashley Tizeno_

                                              Ashley Tizeno
Federal ID No. 3421630
State Bar No. 24102574
4505 Caroline Street
Houston, TX 77004
(713) 223-1435 // (713) 223-1438 (fax)
atizeno@dunklawyers.com
**ATTORNEY FOR PLAINTIFFS**